MARY W. ERHARD & another *vs.* F. W. WOOLWORTH CO. January 26, 1977. The case was properly decided on the authority of *Koshland* v. *American Woolen Co.* 289 Mass. 308, 311 (1935), and like cases. If there is to be any change in the rule expounded in those cases, it will have to come from the Legislature or the Supreme Judicial Court. See and compare *McCoy, petitioner,* 2 Mass. App. Ct. 893 (1974); *Hampshire Nat'l Bank* v. *Calkins,* 3 Mass. App. Ct. 697, 699 (1975).

*Judgment affirmed.*

*James T. Ronan* for the defendant.
*David A. McLaughlin* for the plaintiffs.